# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2336

_____

Nakia Davis,                          *
                                      *
               Appellant,             *
                                      *
        v.                            *
                                      *
Bradberry, Assistant Warden; M. D.    *   Appeal from the United States
Reed, Warden, Arkansas Department of  *   District Court for the Eastern
Correction; David Guntharp, Assistant *   District of Arkansas.
Director, Arkansas Department of      *
Correction; Larry Norris, Director,   *        [UNPUBLISHED]
Arkansas Department of Correction;    *
Turks, CO-I, Cummins Unit, Arkansas   *
Department of Correction,             *
                                      *
               Appellees.             *

_____

Submitted:  April 7, 2000

Filed:  April 21, 2000
_____

Before LOKEN, FAGG, and HANSEN, Circuit Judges.
_____

PER CURIAM.

        Nakia Davis, an Arkansas inmate, appeals the district court's dismissal of Davis's
42 U.S.C. § 1983 action following an evidentiary hearing before a magistrate judge.
Having carefully reviewed the record and the briefs, we conclude the district court

correctly dismissed Davis's complaint. We thus affirm for the reasons stated by the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.